UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Cynthia A. Leal-Solorzano ) <br> ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mJ1509 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 08505248 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Cristina Gabriel-Juan #09006298

DATED: 5-29-08

RECEIVED _____
                    DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk
L. HERNANDEZ

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062