UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Cynthia A. Leal-Solorzano ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mJ1509 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 08505298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Flor Jarquin-Reyes # 09025098

DATED: 5-29-08

RECEIVED _____
            DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by /s/ Hernandez
            Deputy Clerk
     HERNANDEZ